In the Matter of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property Required for the Opening of East River Drive, in the Borough of Manhattan.

THE MEENAN COAL CO., INC., Respondent.

Argued October 21, 1941; decided November 27, 1941.

William C. Chanler, Corporation Counsel (*Lewis Orgel, Julius Isaacs* and *Joseph F. Mulqueen, Jr.,* of counsel), for appellant.

*Charles Lamb* and *William Alston Lamb* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.